JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE POLANCO,
    a/k/a "Jose Blanco,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr. ____

07 CRIM. 477

U.S. DISTRICT COURT FILED MAY 29 2007 S.D. OF N.Y.

COUNT ONE

The Grand Jury charges:

On or about April 13, 2007, in the Southern District of New York and elsewhere, JOSE POLANCO, a/k/a "Jose Blanco," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 2, 1999, in Queens County Supreme Court, for attempted criminal sale of a controlled substance in the third degree, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE POLANCO,
a/k/a "Jose Blanco,"

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

29 May 07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Kaplan.

Peek, MJ.