

U.S. Department of Justice

United States Attorney  
Southern District of New York

MEMO ENDORSED

*The Silvio J. Mollo Building*  
*One Saint Andrew's Plaza*  
*New York, New York 10007*

June 7, 2007

**BY FACSIMILE**

The Honorable Lewis A. Kaplan  
United States District Judge  
United States Courthouse  
500 Pearl Street, Room 1310  
New York, New York 10007  
Fax: (212) 805-7910

    Re:   United States v. Jose Polanco  
           07 Cr. 477 (LAK)

Dear Judge Kaplan:

    An indictment was filed in the above referenced matter on May 29, 2007, and the defendant was presented and arraigned before Magistrate Judge Peck on June 1, 2007.

    The Government respectfully writes to request that the Court exclude time in the above-referenced action, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), until the next scheduled conference, on Tuesday, June 12, 2007, at 4:30 p.m. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the Government to produce discovery, the defense to review that discovery and contemplate any motions, and the parties to discuss a possible disposition of this matter. The Government has been informed by an assistant to defense counsel, Michael Musa-Obregon, that he consents to the exclusion of time until June 12.

Respectfully submitted,

MICHAEL J. GARCIA  
United States Attorney  
Southern District of New York

By: *Jenna M. Dabbs*  
Jenna M. Dabbs  
Assistant United States Attorney  
(212) 637-2212

SO ORDERED  
/s/ Lewis A. Kaplan  
LEWIS A. KAPLAN USDJ