# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

    -against-                                  Case Number: 07-CR-477 (LAK)

    JOSE POLANCO

                Defendant

To the Clerk of this court and all parties of record:

Enter my appearance by ECF, previously filed, as counsel in this case for:

MR. JOSE POLANCO

I hereby certify that

1) I am admitted to practice in this district, having been admitted on 9/18/95,

2) That I am a member of the New York and SDNY bars in good standing and that I will provide the Court with a certificate of good standing within 30 days,

3) That I will follow the local rules of this district.

<u>S. MICHAEL MUSA-OBREGON, ESQ.</u>
Bar Number: SMMO 1220

MUSA-OBREGON & ASSOCIATES
55-21 69TH STREET
MASPETH, NY 11372
Email address: musaobregonlaw@gmail.com
Tel. (718) 803-1000
Fax (718) 507-8486
Cell number (917) 224-5497