UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    - v. -                       :   ORDER

JOSE POLANCO,                    :
    a/k/a "Jose Blanco,"             07 Cr. 477 (LAK)
                                 :
        Defendant.
                                 :
- - - - - - - - - - - - - - - - - - - -x

[USDS SDNY DOCUMENT ELECTRONICALLY FILED   DOC #: ___   DATE FILED: 9/5/07]

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 11, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           9/4        , 2007

                                       _____
                                       THE HONORABLE LEWIS A. KAPLAN
                                       UNITED STATES DISTRICT JUDGE